Steven P. Brazelton (5883)
Nathalie Huynh (5997)
601 S. Arlington Avenue
Reno, Nevada 89509
775-826-2380
sbrazelton@brazeltonlaw.com
nhuynh@brazeltonlaw.com

Plaintiffs in Propia Persona

UNITED STATES DISTRICT COURT
STATE OF NEVADA
\*\*\*

| | |
|---|---|
| STEVEN P. BRAZELTON, an Individual, and NATHALIE HUYNH, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado Corporation doing business as Anthem HMO Nevada, BLACK CORPORATIONS 1-10, and DOES I-X, Inclusive<br><br>Defendants.. | Case No.: 2:24-cv-00994-BNW<br><br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT |

  Plaintiffs STEVEN P. BRAZELTON and NATHALIE HUYNH, in Propia Persona, ("Plaintiffs"), ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado Corporation doing business as Anthem Blue Cross and Blue Shield ("Anthem") pursuant to LR 7-1, hereby stipulate in the interest of judicial economy to extend the deadline for Anthem to respond to Plaintiffs' Complaint to 21 days after Plaintiffs file their contemplated amended complaint, which they shall file within 14 days of the Court's order on this stipulation.

  IT IS SO STIPULATED.

-2-

Dated this 4th day of June, 2024

By:
//ss// Steven P. Brazelton
//ss// Nathalie Huynh
By: Steven P. Brazelton
Nathalie Huynh
601 S. Arlington Avenue
Reno, Nevada 89509
775-826-2380

*Plaintiffs in Propia Persona*

Dated this 4th day of June, 2024

By: */s/ Tamara Beatty Peterson*
PETERSON BAKER, PLLC
By: */s/ Tamara Beatty Peterson*
TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield*

IT IS SO ORDERED.

Dated this __5__ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Case No.:   2:24-cv-00994-BNW

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), on **June 4, 2024** the foregoing document entitled: *Stipulation and Order* was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule26(a)(1) on the following parties:

Tamara Beatty Peterson
tpeterson@petersonbaker.com
Tom Hardy
thardy@reedsmith.com

                                               By:    //ss// Steven P. Brazelton
                                                           Steven P. Brazelton