TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

Thomas C. Hardy (*pro hac vice*)
REED SMITH, LLP
10 S. Wacker Dr., 40th Floor
Chicago, Illinois 60606
Telephone: (312) 207-1000
thardy@reedsmith.com

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc.*
*d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado, Inc. d/b/a HMO Nevada*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

STEVEN P. BRAZELTON, an Individual;
NATHALIE HUYNH, an Individual; and JHB,
an Individual,

        Plaintiffs,

vs.

ROCKY MOUNTAIN HOSPITAL AND
MEDICAL SERVICES, INC., a Colorado
Corporation doing business as HMO Nevada,
Anthem Blue Cross and/or Blue Shield; HMO
COLORADO, INC., a Colorado Corporation
doing business as HMO Nevada, Anthem Blue
Cross and/or Blue Shield; BLACK
CORPORATIONS 1-10, AND DOES I-X,
INCLUSIVE,

        Defendants.

Case No. 2:24-cv-00994-GMN-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

(Second Request)

    Plaintiffs Steven P. Brazelton ("Brazelton") and Nathalie Huynh ("Huynh"), in proper person, and JHB ("JHB"), by and through her attorney of record, The Law Office of Steven Brazelton (Brazelton, Huynh and JHB are collectively, "Plaintiffs'); and Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Rocky Mountain") and HMO Colorado, Inc. ("HMO Colorado") (Rocky Mountain and HMO  Colorado are collectively, "Anthem" or

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

"Defendants'), by and through their counsel of record, the law firm of Peterson Baker, PLLC, hereby stipulate and agree, subject to the Court's approval, as follows:

1.      On June 4, 2024, Brazelton  and Huyhn, together with Defendant Rocky Mountain, submitted a Stipulation to Extend Deadline for Defendant's Responsive Pleading to Plaintiffs' Complaint [ECF No. 11], whereby the parties stipulated to extend the deadline for Rocky Mountain to respond to the complaint until 21 days after Plaintiffs filed a contemplated amended complaint.  The Court approved the stipulation by Order [ECF No. 12.]

2.      On June 19, 2024, Plaintiffs Brazelton, Huynh, and JHB filed Plaintiffs' First Amended Complaint [ECF No. 17].   The First Amended Complaint added a plaintiff (JHB) and added a Defendant (HMO Colorado).  Pursuant to the Order [ECF No. 12], Rocky Mountain's response to the First Amended Complaint is due on or before July 10.

3.      Counsel for Anthem has agreed to accept service of the Summons and First Amended Complaint on behalf of HMO Colorado.

4.      In order to align with the due date for HMO Colorado's response to the First Amended Complaint, and in the interest of judicial economy and for good cause, the parties agree and stipulate that Rocky Mountain's response to the First Amended Complaint shall be extended to July 17.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

5.      This is the second request for an extension of time for Rocky Mountain to respond to the complaint on file herein. HMO Colorado has not sought an extension of time to respond to the First Amended Complaint.

           IT IS SO STIPULATED.

Dated this 28th day of June, 2024.         Dated this 28th day of June, 2024.

PETERSON BAKER, PLLC         LAW OFFICES OF STEVEN BRAZELTON

*/s/ Tamara Beatty Peterson*         */s/ Steven P. Brazelton*
Tamara Beatty Peterson, Esq. (#5218)     Steven P. Brazelton (#5883)
tpeterson@petersonbaker.com         601 S. Arlington Avenue
701 S. 7th Street               Reno, Nevada 89509
Las Vegas, NV 89101

                                     */s/ Nathalie Huynh*
Thomas C. Hardy (*pro hac vice*)       Nathalie Huynh (#5997)
thardy@reedsmith.com            601 S. Arlington Avenue
REED SMITH, LLP              Reno, Nevada 89509
10 S. Wacker Dr., 40th Floor
Chicago, Illinois 60606          *Plaintiffs in Propia Persona*
                                     *And Attorneys for JHB*
*Attorneys for Defendant Rocky Mountain*
*Hospital and Medical Service, Inc. d/b/a*
*Anthem Blue Cross and Blue Shield and*
*HMO Colorado, Inc. d/b/a HMO Nevada*

IT IS SO ORDERED.

Dated this ___1___ day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001