Steven P. Brazelton (5883)
Nathalie Huynh (5997)
601 S. Arlington Avenue
Reno, Nevada 89509
775-826-2380
sbrazelton@brazeltonlaw.com
nhuynh@brazeltonlaw.com

Plaintiffs in Propia Persona

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA
### ***

| | |
|---|---|
| STEVEN P. BRAZELTON, an Individual, NATHALIE HUYNH, an Individual, and JHB, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado Corporation doing business as HMO Nevada, Anthem Blue Cross and/or Blue Shield; HMO Colorado, INC., a Colorado Corporation doing business as HMO Nevada, Anthem Blue Cross and/or Blue Shield; BLACK CORPORATIONS 1-10, and DOES I-X, Inclusive<br><br>    Defendants. | Case No.:   2:24-cv-00994-BNW<br><br><br>**STIPULATION AND ORDER TO PERMIT PLAINTIFF JHB TO PROCEED PSEUDONYMOUSLY** |

Plaintiffs STEVEN P. BRAZELTON and NATHALIE HUYNH, in Propia Persona, and Plaintiff JHB, by and through her attorneys Steven P. Brazelton and Nathalie Huynh (collectively "Plaintiffs"), and Defendants ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., and HMO COLORADO, INC., Colorado Corporations (collectively "Defendants"), pursuant to LR 7-1, hereby stipulate and agree, subject to the Court's approval:

-1-

1. Plaintiff JHB has demonstrated a need for anonymity based upon the allegations in the First Amended Complaint.
2. Allowing Plaintiff JHB to proceed pseudonymously is necessary to preserve privacy in a matter involving a sensitive and highly personal nature. *See Does I through XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000).
3. Defendants are not prejudiced by Plaintiff JHB proceeding pseudonymously.
4. Plaintiff JHB's name and identity have no bearing on the central issues of this case, and the protection of Plaintiff JHB's privacy will not impede the public scrutiny of the issues raised by this case. *Id.*
5. Good cause exists to allow Plaintiff JHB to proceed pseudonymously in this litigation.

IT IS SO STIPULATED.

Dated this 25th day of June, 2024

By:
//ss// Steven P. Brazelton
//ss// Nathalie Huynh
By: Steven P. Brazelton
Nathalie Huynh
601 S. Arlington Avenue
Reno, Nevada 89509
775-826-2380

*Plaintiffs in Propia Persona*

Dated this 25th day of June, 2024

By: */s/ Thomas C. Hardy*
ReedSmith
By: */s/ Thomas C. Hardy*
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
thardy@reedsmith.com
312 207 2427

*Attorneys for Defendants Rocky Mountain Hospital and Medical Service, Inc. and HMO Colorado, Inc.*

IT IS SO ORDERED.

Dated this __1__ day of __July__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Case No.:  2:24-cv-00994-BNW

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), on **June 28, 2024** the foregoing document entitled: *Stipulation and Order* was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule26(a)(1) on the following parties:

Tamara Beatty Peterson
tpeterson@petersonbaker.com
Tom Hardy
thardy@reedsmith.com

                        By:    //ss// Steven P. Brazelton
                                 Steven P. Brazelton