TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

Thomas C. Hardy, SBN 6294305 (*pro hac vice*)
thardy@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400

*Attorneys for Defendant Rocky Mountain Hospital*
*and Medical Service, Inc. dba Anthem Blue Cross and*
*Blue Shield*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN P. BRAZELTON, an Individual,
NATHALIE HUYNH, an Individual, and JHB,
an individual,

        Plaintiffs,

      vs.

ROCKY MOUNTAIN HOSPITAL AND
MEDICAL SERVICE, INC., a Colorado
Corporation doing business as HMO Nevada,
Anthem Blue Cross and/or Blue Shield; HMO
Colorado, INC., a Colorado Corporation doing
business as HMO Nevada, Anthem Blue Cross
and/or Blue Shield; BLACK CORPORATIONS
1-10, and DOES I-X, Inclusive,

        Defendants.

Case No: 2:24-cv-00994-GMN-BNW

**STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' MOTION TO
COMPEL DISCOVERY**

(Second Request)

      Defendants ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., and

HMO COLORADO, INC. (collectively "Defendants"), by and through their attorneys of record,

Peterson Baker, PLLC and Reed Smith LLP, and Plaintiffs STEVEN P. BRAZELTON, NATHALIE

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

HUYNH, and JHB, by and through their attorneys of record, Bighorn Law (collectively "Plaintiffs"), hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Defendants to respond to Plaintiffs' Motion to Compel Defendants' Compliance with Fed. R. Civ. P. 26(f) (ECF No. 38).

**Procedural Background**

1.     On March 8, 2025, Plaintiffs filed their Motion to Compel Defendants' Compliance with Fed. R. Civ. P. 26(f) ("Motion"). ECF No. 38.

2.     Currently, the deadline for Defendants to respond to the Motion is April 4, 2025, in accordance with the Court's March 25, 2025 Order. *See* ECF No. 42.

3.     Following that Order, the Parties met and conferred concerning Plaintiffs' Motion on April 1, 2025 with the intent of potentially narrowing or resolving the issues subject to the Motion.

4.     The Parties stipulate that the deadline for Defendants' response be extended to April 23, 2025. Plaintiffs' Reply in Support of their Motion shall be due seven days after the service of Defendants' response to the Motion.  LR 7-2(b).

**Reasons Why an Extension Is Necessary**

5.     The Parties believe that conferring further on the issues subject to Plaintiffs' Motion would be beneficial in order to determine if the issues can be resolved or narrowed without judicial intervention.

6.     In addition, the Parties are exploring options and taking steps to narrow the issues in light of the Parties' meet and confer on April 1, 2025.

7.     Defendants also require additional time in order to prepare evidence in support of their response to the Motion and would likely save additional resources in the preparation of such evidence if the Parties were to agree on some of the issues that are the subject of the pending Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

– 2 –

1    This stipulation is without prejudice to either Party, is made in good faith, with good cause,

2    and not for the purpose of unduly delaying discovery or trial.  This is the second request to extend the

3    time to file a response to the Motion.

4

5    **IT IS SO STIPULATED.**

6    **DATED:**  April 3, 2025.

7

8    PETERSON BAKER, PLLC                    BIGHORN LAW

9    */s/ Tamara Beatty Peterson*            */s/  Joshua P. Berrett*
     TAMARA BEATTY PETERSON, ESQ.           JOSHUA P. BERRETT, ESQ.
10   Bar No. 5218                           Bar No. 12697
     tpeterson@petersonbaker.com            josh@bighornlaw.com
11   PETERSON BAKER, PLLC                   BIGHORN LAW
     701 S. 7th Street                      3675 W. Cheyenne Avenue, Ste. 100
12   Las Vegas, NV 89101                    North Las Vegas, Nevada 89032
     Telephone: 702.786.1001                Telephone: 702.333.1111
13   Facsimile: 702.786.1002

14   Thomas C. Hardy, SBN 6294305 (*pro hac vice*)     *Attorneys for Plaintiffs*
     thardy@reedsmith.com
15   REED SMITH LLP
     10 South Wacker Drive, 40th Floor
16   Chicago, IL 60606-7507
     Telephone: 312.207.1000
17   Facsimile: 312.207.6400

18   *Attorneys for Defendant Rocky Mountain*
     *Hospital and Medical Service, Inc. dba Anthem*
19   *Blue Cross and Blue Shield*

20

21

22                                          IT IS SO ORDERED:

23

24                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
25
                                            DATED:  April 4, 2025
26

27

28

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

– 3 –