TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

Thomas C. Hardy, SBN 6294305 (*pro hac vice*)
thardy@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN P. BRAZELTON, an Individual, NATHALIE HUYNH, an Individual, and JHB, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado Corporation doing business as HMO Nevada, Anthem Blue Cross and/or Blue Shield; HMO Colorado, INC., a Colorado Corporation doing business as HMO Nevada, Anthem Blue Cross and/or Blue Shield; BLACK CORPORATIONS 1-10, and DOES I-X, Inclusive,<br><br>Defendants. | Case No: 2:24-cv-00994-GMN-BNW<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>(Third Request) |

Defendants ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., and HMO COLORADO, INC. (collectively "Defendants"), by and through their attorneys of record, Peterson Baker, PLLC and Reed Smith LLP, and Plaintiffs STEVEN P. BRAZELTON, NATHALIE

– 1 –

HUYNH, and JHB, by and through their attorneys of record, Bighorn Law (collectively "Plaintiffs"), hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Defendants to respond to Plaintiffs' Motion to Compel Defendants' Compliance with Fed. R. Civ. P. 26(f) (ECF No. 38).

**Procedural Background**

1. On March 8, 2025, Plaintiffs filed their Motion to Compel Defendants' Compliance with Fed. R. Civ. P. 26(f) ("Motion"). ECF No. 38.

2. The Parties met and conferred concerning Plaintiffs' Motion on April 1, 2025 with the intent of potentially narrowing or resolving the issues subject to the Motion. Since that time, the Parties have continued communications concerning these issues.

3. Currently, the deadline for Defendants to respond to the Motion is April 23, 2025, in accordance with the Court's April 4, 2025 Order. *See* ECF No. 44.

4. The Parties stipulate that the deadline for Defendants' response be extended to May 14, 2025. Plaintiffs' Reply in Support of their Motion shall be due seven days after the service of Defendants' response to the Motion. LR 7-2(b).

**Reasons Why an Extension Is Necessary**

5. The Parties believe that conferring further on the issues subject to Plaintiffs' Motion would be beneficial in order to determine if the issues can be resolved or narrowed without judicial intervention.

6. In addition, the Parties are exploring options and taking steps to narrow the issues in light of the Parties' meet and confer on April 1, 2025 and their subsequent communications. The Parties anticipate conducting another meet and confer within the next week and to continue discussions on the issues subject to the Motion thereafter.

7. Defendants also require additional time in order to prepare evidence in support of their response to the Motion and would likely save additional resources in the preparation of such evidence if the Parties were to agree on some of the issues that are the subject of the pending Motion.

1  This stipulation is without prejudice to either Party, is made in good faith, with good cause, and not for the purpose of unduly delaying discovery or trial. This is the third request to extend the time to file a response to the Motion.

**IT IS SO STIPULATED.**

**DATED:** April 23, 2025.

| PETERSON BAKER, PLLC | BIGHORN LAW |
|---|---|
| */s/ Tamara Beatty Peterson*<br>TAMARA BEATTY PETERSON, ESQ.<br>Bar No. 5218<br>tpeterson@petersonbaker.com<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br><br>Thomas C. Hardy, SBN 6294305 (*pro hac vice*)<br>thardy@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507<br>Telephone: 312.207.1000<br>Facsimile: 312.207.6400<br><br>*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield* | */s/ Joshua P. Berrett*<br>JOSHUA P. BERRETT, ESQ.<br>Bar No. 12697<br>josh@bighornlaw.com<br>BIGHORN LAW<br>3675 W. Cheyenne Avenue, Ste. 100<br>North Las Vegas, Nevada 89032<br>Telephone: 702.333.1111<br><br>*Attorneys for Plaintiffs* |

While the Court GRANTS the parties' stipulation, it is not inclined to grant future continuances. IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 25, 2025

– 3 –